# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:18CR164 |
| vs. | ) | ORDER |
| JASON OSBORNE, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Michael J. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Jason Osborne (Filing No. 17). Mr. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 17) is granted.

Julie A. Frank, 1823 Harney Street, Suite 1018, Historic Library Plaza, Omaha, Nebraska 68102, (402) 346-2215, is appointed to represent the defendant for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Hansen shall forthwith provide Ms. Frank with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Hansen which are material to the defendant's defense.

The clerk shall provide a copy of this order to Ms. Frank, and she shall file her appearance forthwith.

**IT IS SO ORDERED.**
DATED this 11th day of July, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge